# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES R. DUHAMEL, | )  Docket no. 2:11-cr-143-GZS |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER REGARDING RESTITUTION

Since January 18, 2011, the Court has held cash bail for the above named Defendant in the amount of $37,500.00. By agreement of all interested parties and in accordance with 28 U.S.C. § 2044, the Court hereby ORDERS that the Clerk transfer $14,000.00 of the Defendant's cash bail into the Deposit Fund to then be disbursed in accordance with the list of victims contained in the Judgment.

As discussed at sentencing, the remaining portion of Defendant's cash bail will be the subject of a separate Order to Show Cause.

SO ORDERED.

                                                    /s/ George Z. Singal
                                                  United States District Judge

Dated this 15th day of December, 2011.